1  Sara B. Brody (SBN 130222)
   sbrody@sidley.com
2  Ryan M. Sandrock (SBN 251781)
   rsandrock@sidley.com
3  SIDLEY AUSTIN LLP
   555 California Street
4  San Francisco, California  94104
   Tel.:   (415) 772-1200
5  Fax:    (415) 772-7400

6  David B. Johnson (pro hac vice)
   djohnson@sidley.com
7  Michael C. Andolina (pro hac vice)
   mandolina@sidley.com
8  Andrianna D. Kastanek (pro hac vice)
   akastanek@sidley.com
9  SIDLEY AUSTIN LLP
   One South Dearborn Street
10 Chicago, Illinois 60603
   Tel.:   (312) 853-7000
11 Fax:    (312) 853-7036

12 **Attorneys For Defendant**
   **AMERICAN HONDA MOTOR CO.**

13

14                    **UNITED STATES DISTRICT COURT**

15                    **NORTHERN DISTRICT OF CALIFORNIA**

16                         **SAN FRANCISCO DIVISION**

17 | LISA S. PRATI, on behalf of himself and all others similarly situated, | ) ) ) | Case No. 09-CV-00444 TEH |
   |---|---|---|
   | | ) ) ) | Assigned to: Hon. Thelton E. Henderson |
   | Plaintiffs, | ) ) ) | **STIPULATION AND [PROPOSED] ORDER STAYING ACTION** |
   | v. | ) ) ) | |
   | AMERICAN HONDA MOTOR CO., INC., | ) ) ) | |
   | Defendant. | ) ) | |

# STIPULATION

WHEREAS, this action is one of two pending suits involving air conditioning condenser units of vehicles distributed by Defendant American Honda Motor Co., Inc. ("Defendant" or "Honda").

WHEREAS, on September 26, 2008, the first suit was filed against Honda, which suit remains pending as *Alin v. American Honda Motor Co., Inc.*, No. 2:08-cv-4825 ("*Alin*") in the United States District Court for the District of New Jersey.

WHEREAS, on January 30, 2009, plaintiff Lisa S. Prati ("Plaintiff" or "Prati") filed this suit against Honda.

WHEREAS, on April 9, 2009, Honda filed a Motion To Stay Or Transfer Proceedings (the "Motion to Stay"), requesting that the Court stay this proceeding pending class certification proceedings in *Alin*, or, in the alternative, transfer this proceeding to the United States District Court for the District of New Jersey for consolidated proceedings with *Alin*.

WHEREAS, on April 27, 2009, Plaintiff filed her first amended complaint.

WHEREAS, on May 15, 2009, Plaintiff filed her opposition to the Motion to Stay.

WHEREAS, Honda has filed a motion to dismiss in *Alin*, which is now fully-briefed.

WHEREAS, Plaintiff and Honda (the "Parties") agree, in the interests of judicial efficiency, that this matter should be stayed pending resolution of the motion to dismiss in *Alin*.

WHEREAS, the Parties further agree that Honda will withdraw the Motion to Stay without prejudice, and shall have the right to refile a motion seeking a stay or transfer of this case should the stay be lifted for any reason.

WHEREAS, the Parties further agree that, upon resolution of the motion to dismiss in *Alin*, they will notify the Court of the resolution and schedule a status conference in this matter.

WHEREAS, the Parties further agree that the June 22, 2009 hearing date on the Motion to Stay shall be stricken.

WHEREAS, the Parties further agree that the June 22, 2009 date for the Case Management Conference shall be stricken.

WHEREAS, the Parties further agree that they each reserve their respective rights to request or oppose transfer of the action to the United States District Court for the District of New Jersey for consolidated proceedings with *Alin*.

THEREFORE, IT IS STIPULATED AND AGREED by the Parties, through their respective counsel of record, as follows:

1. This matter is stayed pending resolution of the pending motion to dismiss in *Alin v. American Honda Motor Co., Inc.*, No. 2:08-cv-4825 in the United States District Court for the District of New Jersey.

2. Upon resolution of the motion to dismiss in *Alin*, the parties will notify the court of the resolution and schedule a status conference in this matter.

3. Honda's Motion To Stay Or Transfer Proceedings is withdrawn without prejudice. Honda shall have the right to refile a motion seeking a stay or transfer of this case should the stay be lifted for any reason.

4. The June 22, 2009 hearing date on Honda's Motion To Stay Or Transfer Proceedings is stricken.

5. The June 22, 2009 date for the Case Management Conference is stricken.

6. The Parties each reserve their respective rights to request or oppose transfer of the action to the United States District Court for the District of New Jersey for consolidated proceedings with *Alin*.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated: June 1, 2009 | SIDLEY AUSTIN LLP |
| | By: /s/ Sara B. Brody |
| | Attorneys for Defendant<br>American Honda Motor Co., Inc. |
| Dated: June 1, 2009 | GOODIN, MACBRIDE, SQUERI, DAY & LAMPREY, LLP |
| | By: /s/ Wayne T. Lamprey |
| | Attorneys for Plaintiff Lisa S. Prati |

It is further ordered that, for purposes of the Court's calendar control, a further case management conference shall be held on Monday, September 21, 2009 at 1:30 PM. Parties shall submit a joint case management statement no less than 7 calendar days prior thereto. Upon good cause being shown, the parties may stipulate to change this date forward and back.

IT IS SO ORDERED

Judge Thelton E. Henderson

STIPULATION AND [PROPOSED] ORDER STAYING ACTION

1                                      [~~PROPOSED~~] ORDER

2                  PURSUANT TO STIPULATION, IT IS SO ORDERED.

5   DATED: 06/03/09

6                                   THE HONORABLE THELTON E. HENDERSON

7                                   United Stat...



CH1 4710415v2

---

**STIPULATION AND [PROPOSED] ORDER STAYING ACTION**

3