1 | Sara B. Brody (SBN 130222)
sbrody@sidley.com
2 | Ryan M. Sandrock (SBN 251781)
rsandrock@sidley.com
3 | SIDLEY AUSTIN LLP
555 California Street
4 | San Francisco, California  94104
Tel.:    (415) 772-1200
5 | Fax:    (415) 772-7400

6 | David B. Johnson (*pro hac vice*)
djohnson@sidley.com
7 | Michael C. Andolina (*pro hac vice*)
mandolina@sidley.com
8 | Andrianna D. Kastanek (*pro hac vice*)
akastanek@sidley.com
9 | SIDLEY AUSTIN LLP
One South Dearborn Street
10 | Chicago, Illinois 60603
Tel.:    (312) 853-7000
11 | Fax:    (312) 853-7036

12 | **Attorneys For Defendant
AMERICAN HONDA MOTOR CO.**

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| LISA S. PRATI, on behalf of himself and all others similarly situated,<br><br>           Plaintiffs,<br><br>     v.<br><br>AMERICAN HONDA MOTOR CO., INC.,<br><br>           Defendant. | Case No. 09-CV-00444 TEH<br><br>Assigned to: Hon. Thelton E. Henderson<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

## STIPULATION

WHEREAS, this action is one of two pending suits involving air conditioner condenser units of vehicles distributed by Defendant American Honda Motor Co., Inc. ("Defendant" or "Honda").

WHEREAS, on September 26, 2008, the first suit was filed against Honda, which suit remains pending as *Alin v. American Honda Motor Co., Inc.*, No. 2:08-cv-4825 ("*Alin*") in the United States District Court for the District of New Jersey.

WHEREAS, on January 30, 2009, plaintiff Lisa S. Prati ("Plaintiff" or "Prati") filed this suit against Honda.

WHEREAS, on April 9, 2009, Honda filed a Motion To Stay Or Transfer Proceedings (the "Motion"), requesting that the Court stay this proceeding pending class certification proceedings in *Alin*, or, in the alternative, transfer this proceeding to the United States District Court for the District of New Jersey for consolidated proceedings with *Alin*.

WHEREAS, on April 27, 2009, Plaintiff filed her first amended complaint.

WHEREAS, on May 15, 2009, Plaintiff filed her opposition to the Motion.

WHEREAS, Honda has filed a motion to dismiss in *Alin*, which is now fully-briefed.

WHEREAS, on June 2, 2009, Plaintiff and Honda (the "Parties") filed a stipulation requesting that this matter be stayed pending resolution of the motion to dismiss in *Alin*.

WHEREAS, on June 3, 2009, the Court entered an order which stayed the matter pending resolution of the motion to dismiss in *Alin* (the "Order").

WHEREAS, the Order set a Case Management Conference for September 21, 2009 but also stated that "Upon good cause being shown, the parties may stipulate to change this date forward or back."

WHEREAS, the motion to dismiss remains pending in *Alin*.

WHEREAS, the Parties stipulate that the pendency of the motion to dismiss in *Alin* constitutes good cause, they further stipulate that the Case Management Conference should be continued until November 23, 2009 or another date convenient to the Court.

WHEREAS, the Parties further stipulate that the deadline to file the Joint Case Management Statement shall be stricken.

**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**
3

1      WHEREAS, the Parties further stipulate that, upon good cause being shown, they may
2  stipulate to change the November 23, 2009 date forward or back.
3      WHEREAS, the Parties further stipulate that they each reserve their respective rights to
4  request or oppose transfer of the action to the United States District Court for the District of New
5  Jersey for consolidated proceedings with *Alin*.
6      THEREFORE, IT IS STIPULATED AND AGREED by the Parties, through their respective
7  counsel of record, as follows:
8      1.    The pendency of the motion to dismiss in *Alin* constitutes good cause for continuing
9  the Case Management Conference set for September 21, 2009.
10     2.    The Case Management Conference set for September 21, 2009 shall be continued
11 until November 23, 2009.
12     3.    The deadline to file the Joint Case Management Statement shall be stricken.
13     4.    Upon good cause being shown, the Parties may stipulate to change the November 23,
14 2009 date forward or back.
15     5.    The Parties each reserve their respective rights to request or oppose transfer of the
16 action to the United States District Court for the District of New Jersey for consolidated proceedings
17 with *Alin*.
18     IT IS SO STIPULATED.

Dated: September 11, 2009               SIDLEY AUSTIN LLP


                                        By: /s/ Sara B. Brody

                                        Attorneys for Defendant
                                        American Honda Motor Co., Inc.

Dated: September 11, 2009               GOODIN, MACBRIDE, SQUERI, DAY &
                                        LAMPREY, LLP

                                        By: /s/ Wayne T. Lamprey

                                        Attorneys For Plaintiff Lisa S. Prati

2

**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

## [~~PROPOSED~~] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 09/11/09



THE HONORABLE THELTON E. HENDERSON
United S[tates District Judge]

CH1 4872241v.1

3

**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

SF1 1535517v.1