1  Sara B. Brody (SBN 130222)
   sbrody@sidley.com
2  Ryan M. Sandrock (SBN 251781)
   rsandrock@sidley.com
3  SIDLEY AUSTIN LLP
   555 California Street
4  San Francisco, California  94104
   Tel.:   (415) 772-1200
5  Fax:   (415) 772-7400

6  David B. Johnson (*pro hac vice*)
   djohnson@sidley.com
7  Michael C. Andolina (*pro hac vice*)
   mandolina@sidley.com
8  Andrianna D. Kastanek (*pro hac vice*)
   akastanek@sidley.com
9  SIDLEY AUSTIN LLP
   One South Dearborn Street
10 Chicago, Illinois 60603
   Tel.:   (312) 853-7000
11 Fax:   (312) 853-7036

12 **Attorneys For Defendant
   AMERICAN HONDA MOTOR CO.**

13

14                          **UNITED STATES DISTRICT COURT**

15                          **NORTHERN DISTRICT OF CALIFORNIA**

16                          **SAN FRANCISCO DIVISION**

17 LISA S. PRATI, on behalf of himself and all   ) Case No. 09-CV-00444 TEH
   others similarly situated,                    )
18                                               ) Assigned to: Hon. Thelton E. Henderson
                                                 )
19                Plaintiffs,                    )
                                                 ) **STIPULATION AND [PROPOSED] ORDER**
20         v.                                    ) **FURTHER CONTINUING CASE**
                                                 ) **MANAGEMENT CONFERENCE**
21 AMERICAN HONDA MOTOR CO., INC.,               )
                                                 )
22                Defendant.                     )
                                                 )
23 ─────────────────────────────────────

24

25

26

27

28

**STIPULATION AND [PROPOSED] ORDER FURTHER CONTINUING CMC**

# STIPULATION

WHEREAS, this action is one of two pending suits involving air conditioner condenser units of vehicles distributed by Defendant American Honda Motor Co., Inc. ("Defendant" or "Honda").

WHEREAS, on September 26, 2008, the first suit was filed against Honda, which suit remains pending as *Alin v. American Honda Motor Co., Inc.*, No. 2:08-cv-4825 ("*Alin*") in the United States District Court for the District of New Jersey.

WHEREAS, on January 30, 2009, plaintiff Lisa S. Prati ("Plaintiff" or "Prati") filed this suit against Honda.

WHEREAS, on April 9, 2009, Honda filed a Motion To Stay Or Transfer Proceedings (the "Motion"), requesting that the Court stay this proceeding pending class certification proceedings in *Alin*, or, in the alternative, transfer this proceeding to the United States District Court for the District of New Jersey for consolidated proceedings with *Alin*.

WHEREAS, on April 27, 2009, Plaintiff filed her first amended complaint.

WHEREAS, on May 15, 2009, Plaintiff filed her opposition to the Motion.

WHEREAS, Honda has filed a motion to dismiss in *Alin*, which is now fully-briefed.

WHEREAS, on June 2, 2009, Plaintiff and Honda (the "Parties") filed a stipulation requesting that this matter be stayed pending resolution of the motion to dismiss in *Alin*.

WHEREAS, on June 3, 2009, the Court entered an order which stayed the matter pending resolution of the motion to dismiss in *Alin* (the "Order").

WHEREAS, the Order set a Case Management Conference for September 21, 2009 but also stated that "Upon good cause being shown, the parties may stipulate to change this date forward or back."

WHEREAS, on September 11, 2009, the Court entered an order continuing the Case Management Conference to November 23, 2009 and stating that "Upon good cause being shown, the parties may stipulate to change this date forward or back."

WHEREAS, on October 20, 2009, United States District Court for the District of New Jersey set oral argument on the motion to dismiss in *Alin* for December 18, 2009.

1    WHEREAS, in light of the upcoming oral argument in *Alin*, the Parties stipulate that the Case Management Conference should be continued until February 22, 2010 or another date convenient to the Court.

   WHEREAS, the Parties further stipulate that the deadline to file the Joint Case Management Statement shall be stricken.

   WHEREAS, the Parties further stipulate that, upon good cause being shown, they may stipulate to change the February 22, 2010 date forward or back.

   WHEREAS, the Parties further stipulate that they each reserve their respective rights to request or oppose transfer of the action to the United States District Court for the District of New Jersey for consolidated proceedings with *Alin*.

   THEREFORE, IT IS STIPULATED AND AGREED by the Parties, through their respective counsel of record, as follows:

   1.   The pendency of the motion to dismiss in *Alin* constitutes good cause for continuing the Case Management Conference set for November 23, 2009.

   2.   The Case Management Conference set for November 23, 2009 shall be continued until February 22, 2010.

   3.   The deadline to file the Joint Case Management Statement shall be stricken.

   4.   Upon good cause being shown, the Parties may stipulate to change the February 22, 2010 date forward or back.

   5.   The Parties each reserve their respective rights to request or oppose transfer of the action to the United States District Court for the District of New Jersey for consolidated proceedings with *Alin*.

   IT IS SO STIPULATED.

Dated:  November 9, 2009                     SIDLEY AUSTIN LLP


                                             By: /s/ Ryan M. Sandrock
                                             Attorneys for Defendant

2
**STIPULATION AND [PROPOSED] ORDER FURTHER CONTINUING CMC**

|   |   |
|---|---|
| Dated: November 9, 2009 | American Honda Motor Co., Inc.<br>GOODIN, MACBRIDE, SQUERI, DAY & LAMPREY, LLP<br><br>By: /s/ Wayne T. Lamprey<br><br>Attorneys For Plaintiff Lisa S. Prati |

### [~~PROPOSED~~] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 11/10/09                         _____

THE HONORABLE THELTON E. HENDERSON

United S...

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — Judge Thelton E. Henderson, signed]*

---

3

**STIPULATION AND [PROPOSED] ORDER FURTHER CONTINUING CMC**

SF1 1535517v.1