1  Sara B. Brody (SBN 130222)
   sbrody@sidley.com
2  Ryan M. Sandrock (SBN 251781)
   rsandrock@sidley.com
3  SIDLEY AUSTIN LLP
   555 California Street
4  San Francisco, California  94104
   Tel.:    (415) 772-1200
5  Fax:    (415) 772-7400

6  David B. Johnson (*pro hac vice*)
   djohnson@sidley.com
7  Michael C. Andolina (*pro hac vice*)
   mandolina@sidley.com
8  Andrianna D. Kastanek (*pro hac vice*)
   akastanek@sidley.com
9  SIDLEY AUSTIN LLP
   One South Dearborn Street
10 Chicago, Illinois 60603
   Tel.:   (312) 853-7000
11 Fax:   (312) 853-7036

12 **Attorneys For Defendant**
   **AMERICAN HONDA MOTOR CO.**
13
                    **UNITED STATES DISTRICT COURT**
14
                    **NORTHERN DISTRICT OF CALIFORNIA**
15
                    **SAN FRANCISCO DIVISION**
16

17 LISA S. PRATI, on behalf of himself and all      )  Case No. 09-CV-00444 TEH
   others similarly situated,                       )
18                                                   )  Assigned to: Hon. Thelton E. Henderson
                                                     )
19               Plaintiffs,                         )
                                                     )  **STIPULATION AND ~~[PROPOSED]~~ ORDER**
20          v.                                       )  **FURTHER CONTINUING CASE**
                                                     )  **MANAGEMENT CONFERENCE**
21 AMERICAN HONDA MOTOR CO., INC.,                   )
                                                     )
22               Defendant.                          )
                                                     )
23 _____         )

24

25

26

27

28

                 **STIPULATION AND [PROPOSED] ORDER FURTHER CONTINUING CMC**
   CH1 5195405v.1

**STIPULATION**

WHEREAS, this action is one of two pending suits involving air conditioner condenser units of vehicles distributed by Defendant American Honda Motor Co., Inc. ("Defendant" or "Honda").

WHEREAS, on September 26, 2008, the first suit was filed against Honda, which suit remains pending as *Alin v. American Honda Motor Co., Inc.*, No. 2:08-cv-4825 ("*Alin*") in the United States District Court for the District of New Jersey.

WHEREAS, on January 30, 2009, plaintiff Lisa S. Prati ("Plaintiff" or "Prati") filed this suit against Honda.

WHEREAS, on April 9, 2009, Honda filed a Motion To Stay Or Transfer Proceedings (the "Motion"), requesting that the Court stay this proceeding pending class certification proceedings in *Alin*, or, in the alternative, transfer this proceeding to the United States District Court for the District of New Jersey for consolidated proceedings with *Alin*.

WHEREAS, on April 27, 2009, Plaintiff filed her first amended complaint.

WHEREAS, on May 15, 2009, Plaintiff filed her opposition to the Motion.

WHEREAS, Honda has filed a motion to dismiss in *Alin*, which has been fully-briefed and argued.

WHEREAS, on June 2, 2009, Plaintiff and Honda (the "Parties") filed a stipulation requesting that this matter be stayed pending resolution of the motion to dismiss in *Alin*.

WHEREAS, as it had previously on June 3, 2009 and September 11, 2009, on November 10, 2009, in light of the pending motion in *Alin* and at the request of the parties, the Court entered an order continuing the Case Management Conference.

WHEREAS, the Court's November 10, 2009 order continued the Case Management Conference until February 22, 2010, and stated that "Upon good cause being shown, the parties may stipulate to change this date forward or back."

WHEREAS, on December 18, 2009, the United States District Court for the District of New Jersey heard oral argument on the motion to dismiss in *Alin*.

WHEREAS, the parties are also currently attempting to schedule a mediation of these matters.

STIPULATION AND [PROPOSED] ORDER FURTHER CONTINUING CMC

3

1    WHEREAS, the Parties stipulate that the pendency of the motion to dismiss in *Alin* and the

2  possibility of mediation in the same constitutes good cause, they further stipulate that the Case

3  Management Conference should be continued until May 24, 2010 or another date convenient to the

4  Court.

5    WHEREAS, the Parties further stipulate that the deadline to file the Joint Case Management

6  Statement shall be stricken.

7    WHEREAS, the Parties further stipulate that, upon good cause being shown, they may

8  stipulate to change the May 24, 2010 date forward or back.

9    WHEREAS, the Parties further stipulate that they each reserve their respective rights to

10  request or oppose transfer of the action to the United States District Court for the District of New

11  Jersey for consolidated proceedings with *Alin*.

12    THEREFORE, IT IS STIPULATED AND AGREED by the Parties, through their respective

13  counsel of record, as follows:

14    1.    The pendency of the motion to dismiss in *Alin* and the possibility of mediation in the

15  same constitutes good cause for continuing the Case Management Conference set for February 22,

16  2010.

17    2.    The Case Management Conference set for February 22, 2010 shall be continued until

18  May 24, 2010.

19    3.    The deadline to file the Joint Case Management Statement shall be stricken.

20    4.    Upon good cause being shown, the Parties may stipulate to change the May 24, 2010

21  date forward or back.

22    5.    The Parties each reserve their respective rights to request or oppose transfer of the

23  action to the United States District Court for the District of New Jersey for consolidated proceedings

24

25

26

27

28

2

**STIPULATION AND [PROPOSED] ORDER FURTHER CONTINUING CMC**

CH1 5195405v.1

1    with *Alin*.

2          IT IS SO STIPULATED.

3    Dated:  February 12, 2010                    SIDLEY AUSTIN LLP

4

5
                                                  By: /s/ Ryan M. Sandrock
6
                                                  Attorneys for Defendant
7                                                 American Honda Motor Co., Inc.

8                                                 GOODIN, MACBRIDE, SQUERI, DAY &
     Dated: February 12, 2010                     LAMPREY, LLP
9

10                                                By: /s/ Wayne T. Lamprey

11                                                Attorneys For Plaintiff Lisa S. Prati

12

13

14                            ~~PROPOSED]~~ ORDER

15          PURSUANT TO STIPULATION, IT IS SO ORDERED.
         The parties shall file a joint case management statement or stipulation and
16   proposed order to continue the case management conference on or before May
     17, 2010.
17

18   DATED:_____02/16/10_____    _____

19                                   THE HONORABLE THELTON E. HENDERSON

20                                   United S

21

22                                   Judge Thelton E. Henderson

23

24

25

26

27

28
                                         3
     **STIPULATION AND [PROPOSED] ORDER FURTHER CONTINUING CMC**

CH1 5195405v.1