GOODIN, MACBRIDE, SQUERI, DAY & LAMPREY, LLP
WAYNE T. LAMPREY, State Bar No. 095408
   wlamprey@goodinmacbride.com
ANNE H. HARTMAN, State Bar No. 184556
   ahartman@goodinmacbride.com
505 Sansome Street, Suite 900
San Francisco, California 94111
Telephone:   (415) 392-7900
Facsimile:    (415) 398-4321

JOEL M. FINEBERG, P.C.
JOEL M. FINEBERG (admitted *pro hac vice*)
   jfineberg@fineberglaw.com
3811 Turtle Creek Blvd., Suite 1900
Dallas, Texas 75219
Telephone:   (214) 219-8828
Facsimile:    (214) 219-8838

GRESHAM, P.C.
R. DEAN GRESHAM (admitted *pro hac vice*)
   dgresham@greshampc.law
7557 Rambler Road, Suite 700
Dallas, Texas 75231
Telephone: (214) 540-5749
Facsimile:  (214) 540-5950

Attorneys for Plaintiffs
Lisa S. Prati, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA S. PRATI, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN HONDA MOTOR COMPANY, INC.,<br><br>Defendant. | No. CV 09-0444 TEH<br><br>[~~PROPOSED~~] ORDER GRANTING REQUEST TO WITHDRAW ATTORNEY R. DEAN GRESHAM |

   Upon the request of Plaintiffs, by and through their counsel, good cause appearing and notice having been found sufficient, R. Dean Gresham is hereby relieved as counsel of record in this matter pursuant to Civil Local Rule 11-5, and is to be deleted from the Master Service List and the CM/ECF System. Joel M. Fineberg will remain as pro hac vice counsel for the Plaintiffs.

CV 09-0444 TEH

ORDER RE: REQUEST TO WITHDRAW AS COUNSEL

1   SO ORDERED:

2

3   Dated: ___03/29/10_____

4

5   _____
    THE HONORABLE THELTON E. HENDERSON
6   United States District Judge

7   3384/001/X117772.v1

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — Judge Thelton E. Henderson, signed]