1 | Sara B. Brody (SBN 130222)
sbrody@sidley.com
2 | Ryan M. Sandrock (SBN 251781)
rsandrock@sidley.com
3 | SIDLEY AUSTIN LLP
555 California Street
4 | San Francisco, California  94104
Tel.:    (415) 772-1200
5 | Fax:    (415) 772-7400

6 | David B. Johnson (*pro hac vice*)
djohnson@sidley.com
7 | Michael C. Andolina (*pro hac vice*)
mandolina@sidley.com
8 | Andrianna D. Kastanek (*pro hac vice*)
akastanek@sidley.com
9 | SIDLEY AUSTIN LLP
One South Dearborn Street
10 | Chicago, Illinois 60603
Tel.:    (312) 853-7000
11 | Fax:    (312) 853-7036

**Attorneys For Defendant
AMERICAN HONDA MOTOR CO.**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| LISA S. PRATI, on behalf of himself and all others similarly situated,<br><br>              Plaintiffs,<br><br>     v.<br><br>AMERICAN HONDA MOTOR CO., INC.,<br><br>              Defendant. | Case No. 09-CV-00444 TEH<br><br>Assigned to: Hon. Thelton E. Henderson<br><br>**STIPULATION AND [PROPOSED] ORDER FURTHER CONTINUING CASE MANAGEMENT CONFERENCE** |

**STIPULATION AND [PROPOSED] ORDER FURTHER CONTINUING CMC**

1554106

## STIPULATION

WHEREAS, this action is one of two pending suits involving air conditioner condenser units of vehicles distributed by Defendant American Honda Motor Co., Inc. ("Defendant" or "Honda").

WHEREAS, on September 26, 2008, the first suit was filed against Honda, which suit remains pending as *Alin v. American Honda Motor Co., Inc.*, No. 2:08-cv-4825 ("*Alin*") in the United States District Court for the District of New Jersey.

WHEREAS, on January 30, 2009, plaintiff Lisa S. Prati ("Plaintiff" or "Prati") filed this suit against Honda.

WHEREAS, on April 9, 2009, Honda filed a Motion To Stay Or Transfer Proceedings (the "Motion"), requesting that the Court stay this proceeding pending class certification proceedings in *Alin*, or, in the alternative, transfer this proceeding to the United States District Court for the District of New Jersey for consolidated proceedings with *Alin*.

WHEREAS, on April 27, 2009, Plaintiff filed her first amended complaint.

WHEREAS, on May 15, 2009, Plaintiff filed her opposition to the Motion.

WHEREAS, on June 2, 2009, Plaintiff and Honda (the "Parties") filed a stipulation requesting that this matter be stayed pending resolution of the motion to dismiss in *Alin*.

WHEREAS, as it had previously on June 3, 2009, September 11, 2009, and November 10, 2009, on February 17, 2010, in light of the pending motion in *Alin* and at the request of the parties, the Court entered an order continuing the Case Management Conference.

WHEREAS, the Court's February 17, 2010 order continued the Case Management Conference until May 24, 2010, and stated that "Upon good cause being shown, the parties may stipulate to change this date forward or back."

WHEREAS, the United States District Court for the District of New Jersey has ruled on the motion to dismiss in *Alin*.

WHEREAS, a settlement mediation in the *Alin* matter is set for June 3, 2010.

WHEREAS, the Parties stipulate that the scheduled settlement mediation in *Alin* constitutes good cause, they further stipulate that the Case Management Conference should be continued until August 23, 2010 or another date convenient to the Court.

1     WHEREAS, the Parties further stipulate that the deadline to file the Joint Case Management Statement shall be stricken.

    WHEREAS, the Parties further stipulate that, upon good cause being shown, they may stipulate to change the August 23, 2010 date forward or back.

    WHEREAS, the Parties further stipulate that they each reserve their respective rights to request or oppose transfer of the action to the United States District Court for the District of New Jersey for consolidated proceedings with *Alin*.

    THEREFORE, IT IS STIPULATED AND AGREED by the Parties, through their respective counsel of record, as follows:

1. The scheduled June 3, 2010 settlement mediation constitutes good cause for continuing the Case Management Conference set for May 24, 2010.

2. The Case Management Conference set for May 24, 2010 shall be continued until August 23, 2010.

3. The deadline to file the Joint Case Management Statement shall be stricken.

4. Upon good cause being shown, the Parties may stipulate to change the August 23, 2010 date forward or back.

5. The Parties each reserve their respective rights to request or oppose transfer of the action to the United States District Court for the District of New Jersey for consolidated proceedings with *Alin*.

    IT IS SO STIPULATED.

Dated:  May 17, 2010                      SIDLEY AUSTIN LLP

                                             By: /s/ Ryan M. Sandrock

                                             Attorneys for Defendant
                                             American Honda Motor Co., Inc.

2

**STIPULATION AND [PROPOSED] ORDER FURTHER CONTINUING CMC**

1554106

| | |
|---|---|
| Dated: May 17, 2010 | GOODIN, MACBRIDE, SQUERI, DAY & LAMPREY, LLP |
| | By: /s/ Wayne T. Lamprey |
| | Attorneys For Plaintiff Lisa S. Prati |

## [~~PROPOSED~~] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 05/18/10

_____
THE HONORABLE THELTON E. HENDERSON
United

*[Signature: Thelton E. Henderson]*
*Judge Thelton E. Henderson*

*[Seal: United States District Court, Northern District of California]*

---

3

**STIPULATION AND [PROPOSED] ORDER FURTHER CONTINUING CMC**