Sara B. Brody (SBN 130222)
sbrody@sidley.com
Ryan M. Sandrock (SBN 251781)
rsandrock@sidley.com
SIDLEY AUSTIN LLP
555 California Street
San Francisco, California 94104
Tel.: (415) 772-1200
Fax: (415) 772-7400

David B. Johnson (*pro hac vice*)
djohnson@sidley.com
Michael C. Andolina (*pro hac vice*)
mandolina@sidley.com
Andrianna D. Kastanek (*pro hac vice*)
akastanek@sidley.com
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, Illinois 60603
Tel.: (312) 853-7000
Fax: (312) 853-7036

**Attorneys For Defendant**
**AMERICAN HONDA MOTOR CO.**

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | | |
|---|---|---|
| LISA S. PRATI, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN HONDA MOTOR CO., INC.,<br><br>Defendant. | ) | Case No. 09-CV-00444 TEH<br><br>Assigned to: Hon. Thelton E. Henderson<br><br>**STIPULATION AND ~~[PROPOSED]~~ ORDER FURTHER CONTINUING CASE MANAGEMENT CONFERENCE** |

**STIPULATION**

WHEREAS, this action is one of two pending suits involving air conditioner condenser units of vehicles distributed by Defendant American Honda Motor Co., Inc. ("Defendant" or "Honda").

WHEREAS, on September 26, 2008, the first suit was filed against Honda, which suit remains pending as *Alin v. American Honda Motor Co., Inc.*, No. 2:08-cv-4825 ("*Alin*") in the United States District Court for the District of New Jersey.

WHEREAS, on January 30, 2009, plaintiff Lisa S. Prati ("Plaintiff" or "Prati") filed this suit against Honda.

WHEREAS, on April 9, 2009, Honda filed a Motion To Stay Or Transfer Proceedings (the "Motion"), requesting that the Court stay this proceeding pending class certification proceedings in *Alin*, or, in the alternative, transfer this proceeding to the United States District Court for the District of New Jersey for consolidated proceedings with *Alin*.

WHEREAS, on April 27, 2009, Plaintiff filed her first amended complaint.

WHEREAS, on May 15, 2009, Plaintiff filed her opposition to the Motion.

WHEREAS, on June 2, 2009, Plaintiff and Honda (the "Parties") filed a stipulation requesting that this matter be stayed pending resolution of the motion to dismiss in *Alin*.

WHEREAS, as it had previously on June 3, 2009, September 11, 2009, November 10, 2009, and February 17, 2010, on May 18, 2010, in light of the pending motion in *Alin* and at the request of the parties, the Court entered an order continuing the Case Management Conference.

WHEREAS, the Court's May 18, 2010 order continued the Case Management Conference until August 23, 2010, and stated that "Upon good cause being shown, the parties may stipulate to change the August 23, 2010 forward or back."

WHEREAS, the United States District Court for the District of New Jersey has ruled on the motion to dismiss in *Alin*.

WHEREAS, in an effort to resolve the *Alin* action, the parties participated in mediation sessions on June 3, 2010 and July 28, 2010 with the Honorable Alfred M. Wolin in New Jersey. Although the parties have not yet resolved the case, progress was made and the parties continue to negotiate possible settlement terms.

WHEREAS, the Parties have also had several discussion regarding resolution of this case in connection with a resolution of the *Alin* action.

WHEREAS, the Parties stipulate that the continuing settlement discussions in *Alin* and this case constitutes good cause, they further stipulate that the Case Management Conference should be continued until November 15, 2010 or another date convenient to the Court.

WHEREAS, the Parties further stipulate that the deadline to file the Joint Case Management Statement shall be stricken.

WHEREAS, the Parties further stipulate that, upon good cause being shown, they may stipulate to change the November 15, 2010 date forward or back.

WHEREAS, the Parties further stipulate that they each reserve their respective rights to request or oppose transfer of the action to the United States District Court for the District of New Jersey for consolidated proceedings with *Alin*.

THEREFORE, IT IS STIPULATED AND AGREED by the Parties, through their respective counsel of record, as follows:

1. The continuing settlement negotiations between the Parties constitutes good cause for continuing the Case Management Conference set for August 23, 2010.

2. The Case Management Conference set for August 23, 2010 shall be continued until November 15, 2010.

3. The deadline to file the Joint Case Management Statement shall be stricken.

4. Upon good cause being shown, the Parties may stipulate to change the November 15, 2010 date forward or back.

5. The Parties each reserve their respective rights to request or oppose transfer of the action to the United States District Court for the District of New Jersey for consolidated proceedings with *Alin*.

IT IS SO STIPULATED.

Dated: August 17, 2010

SIDLEY AUSTIN LLP

By: /s/ Ryan M. Sandrock

Attorneys for Defendant
American Honda Motor Co., Inc.

Dated: August 17, 2010

GOODIN, MACBRIDE, SQUERI, DAY & LAMPREY, LLP

By: /s/ Wayne T. Lamprey

Attorneys For Plaintiff Lisa S. Prati

**~~PROPOSED]~~ ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

The parties shall file a joint case management statement or stipulation and proposed order to continue the case management conference on or before November 8, 2010.

DATED: 08/17/10

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

Judge Thelton E. Henderson

THE HONORABLE THELTON E. HENDERSON

United States District Judge